IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RUBIN CRAIN, IV,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-4063-L** |
| | § | |
| **CESAR AUGUSTO MENCHACA,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

This case was referred for screening to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 20, 2014, recommending that Plaintiff's Motion to Deny (Doc. 84), which the magistrate judge construed as a motion for preliminary injunction, be denied. No objections to the Report were received as of the date this order.

After reviewing the motion, record in this case, applicable law, and Report, the court determines that the magistrate judge's findings and conclusions are correct and **accepts** them as those of the court. Accordingly, Plaintiff's Motion to Deny (Doc. 84), which the court construes as a motion for preliminary injunction, is **denied**.

**It is so ordered** this 17th day of June, 2014.

Sam A. Lindsay
United States District Judge

Order - Solo Page